# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3138
_____

GREGORY HARRIS,

Appellant,

v.

UNITED STATES OF AMERICA, et al.,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 25, 2019


PER CURIAM.

AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gregory Harris, Appellant, pro se.

Ashley B. Moody, Attorney General, and Erik Kverne, Assistant Attorney General, Tallahassee, for Appellee.